425 A.2d 842

In the Interest of Smith (infant).

Appeal of Sebastian J. Smith.

Commonwealth of Pennsylvania (participating party).

Submitted September 13, 1979.

Alan B. Ziegler, for appellant; J. Michael Morrissey for Commonwealth, (participating party).

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Adjudication affirmed.

425 A.2d 843

Tenny, Appellant v. Tenny.

Dauphin Deposit Bank & Trust Co. (participating party).

Submitted June 29, 1979. William B. Tenny, appellant, in propria persona; James D. Flower, for participating party.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The order of the lower court is hereby affirmed.

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, Pennsylvania, are sitting by designation.